# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00602-CV

**Austin Fiberglass Design & Production; Erica Dorn; and Michael Barnett, Appellants**

**v.**

**Stacey Knight and Bill Knight, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 6273, HONORABLE HOWARD S. WARNER II, JUDGE PRESIDING

Appellants Austin Fiberglass Design & Production, Erica Dorn, and Michael Barnett filed a notice of appeal on October 12, 2001. On January 6, 2002, this Court notified the court reporter and county clerk that the records in this cause were overdue. Tex. R. App. P. 37.3(a)(1). On February 8, 2002, the court reporter and county clerk notified the clerk of this Court that no payment for the records had been made, nor any payment arrangements made. Tex. R. App. P. 35.3(a)(2), (b)(3). Further, appellants notified the county clerk that they intended to file a motion to dismiss the appeal. By a telephone call on January 31, 2002, appellants notified the clerk of this Court that they desired to dismiss the appeal and would file a motion to dismiss.

To date, we have not received such a motion. However, based on the failure to pay for or make payment arrangements for the records, resulting in overdue records, we dismiss the appeal for want of prosecution. Tex. R. App. P. 37.3(b), (c); 42.3(b).

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   February 22, 2002

Do Not Publish

2